UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:17–cv–02112–JVS–JDE | Date | April 23, 2018 |
|---|---|---|---|
| Title | DONNA DUGO V. COSTA AZUL ET AL | | |

Present:   The Honorable   James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Craig Cote | Michael McLean |

**Proceedings:**     **Scheduling Conference**

Cause called and counsel make their appearances. The Court and counsel confer. The Court sets the case management dates with the agreement of counsel as attached hereto.

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16–15 is the Court Mediation Program. The Court orders that any settlement discussions shall be completed not later than June 29, 2018. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

                                                                                    :04

                                                        Initials of Preparer:  kt